# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JEANET SHERELLE MITCHELL,

      Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC

      Defendant.

Case No. 1:26-cv-11548-JDH

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC

The undesigned counsel for Defendant, Equifax Information Services, LLC, hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against **EQUIFAX INFORMATION SERVICES, LLC** ("Equifax") in this action.   The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Notice of Dismissal with prejudice.  It is respectfully requested that the matter against Equifax be stayed for sixty (60) days to allow the parties to fully execute the settlement.

**PLAINTIFF,**

**DEFENDANT,**

**EQUIFAX INFORMATION SERVICES, LLC**

**By its attorneys,**

*/s/ Jeanet Sherelle Mitchell*

*/s/ Tasnuva (Taz) Islam*

Jeanet Sherelle Mitchell, *Pro Se*
103 Colonels Lane, Unit TH5
Weymouth, MA  02189

Danielle Andrews Long (BBO #646981)
Tasnuva (Taz) Islam (BBO #698370)
Robinson & Cole LLP
53 State Street, 32nd Floor
Boston, MA 02109
Tel: 617-557-5900
Fax: 617-557-5999
Email: dlong@rc.com
Email: tislam@rc.com

Dated: April 28, 2026

## CERTIFICATE OF SERVICE

I, Tasnuva (Taz) Islam, hereby certify that on April 28, 2026, I presented the foregoing

NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to all counsel

of record and Pro Se Plaintiff.

Jeanet Sherelle Mitchell, *Pro Se*
103 Colonels Lane, Unit TH5
Weymouth, MA  02189

/s/ Tasnuva (Taz) Islam_____
Tasnuva (Taz) Islam (BBO #698370)
*Counsel for Defendant*
*Equifax Information Services LLC*